UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES -TRIAL

**LEXINGTON**   Case No. **5:13-cr-94-JMH-1**   At **LEXINGTON**   Date **June 17, 2014**

**ORDER:**
 Defendant appeared with counsel as noted.  All proceedings at the bench and any transcript thereof shall remain under seal.  Out of the presence of the jury, defense counsel's oral motion for a judgment of acquittal was DENIED for reasons stated on the record.
 This 17th day of June, 2014.

**PRESENT:  HON JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE**



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge

| **Genia Denisio** | **Peggy Weber** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**Jason Allen Denney and SAUSA Jeffrey R. Prather**
**Assistant U.S. Attorney**

| **DEFENDANT** | **ATTORNEYS FOR DEFENDANT** | |
|---|---|---|
| (1) **Erik A. Hentzen** | **Stephen B. Pence and Ruth Ann Pence** | **x** Present __Appointed **x** Retained |

**x** JURY TRIAL.  The Jury impaneled and sworn as follows:

| (1) 237 | (4) 367 | (7) 321 | (10) 302 | (13) 344 |
| (2) 369 | (5) 346 | (8) 295 | (11) 278 | (14) 376 |
| (3) 322 | (6) 271 | (9) 262 | (12) 370 | |

Introduction of Evidence for plaintiff  **x** begun   __resumed  **x** concluded.
Introduction of Evidence for defendant  __begun   __resumed   __concluded.
__Rebuttal evidence;        __Surrebuttal evidence.
**x** Case continued to **JUNE 18, 2014**, at **9:00 a.m.** for further trial.
**x** Motion for Judgment of Acquittal      __granted  **x** denied    __submitted.
__Jury retires to deliberate at _____.  Jury returns at _____.
__JURY VERDICT.    See signed verdict as to each defendant.       __FINDING BY COURT.
(1)    DEFENDANT _____
__Jury polled.      __Polling waived.       __Mistrial declared.
__Copy of presentence report not requested.  __Court received Presentence Report.
__Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.
 **x** Defendant to remain on bond, and on conditions of release.
__Defendant remanded to custody.

**TIC:  5 hr 49 min**                                       **Initials of Deputy Clerk gld**