Eastern District of Kentucky
**FILED**
JUN 18 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Action No. 5:13-CR-94-JMH |
| ) | |
| v. ) | |
| ) | |
| ERIK A. HENTZEN, ) | **VERDICT** |
| ) | |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

We, the jury, unanimously find the following:

1. With respect to Count 1 of the Indictment, charging Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, we find the Defendant, Erik A. Hentzen:

    Guilty ____✓____

    Not Guilty _____

2. With respect to Count 2 of the Indictment, charging Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, we find the Defendant, Erik A. Hentzen:

    Guilty ____✓____

    Not Guilty _____

42

If you answered guilty in response to Question 2, proceed to Question 2(a). If you answered not guilty in response to Question 2, skip Question 2(a) and proceed to signature line.

Question 2(a). With respect to the Count 2 of the Indictment, charging Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, we find that the Defendant, Erik A. Hentzen, knowingly possessed:

     ✓          a visual depiction of a minor under 12 years old engaging in sexually explicit conduct.

     _____     a visual depiction of a minor over 12 years old engaging in sexually explicit conduct.

6/18/14
Date

     _____

43